IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL ACTION |
| Plaintiff, | : | |
| v. | : | No. 11-649 |
| ROBERT ODOM, | : | |
| Defendant. | : | |

## **O R D E R**

**AND NOW**, this 9th day of May, 2012, upon consideration of the "Defendant's Motion to Dismiss for Violation of Right to a Speedy Trial" filed by Defendant, Robert Odom ("Odom"), against the United States of America ("Government") (Doc. No. 27), and the Government's Opposition thereto, it is hereby **ORDERED** that the Motion is **DENIED**.

BY THE COURT:


/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE